April 30, 2020

From: Mr. Clifton Belton Jr.
E.B.R.P.P.   D.O.B. 4-15-60
2867 Brig. Gen. Issac Smith Blvd.
Baton Rouge, LA. 70807

RECEIVED
MAY 0 4 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

To: U.S. District Judge Brian Jackson

Dear Sir,

After reading the article about Rayburn Correctional center conditions, I decided to write you these few lines, because my underline health problems could really mean a death sentence for me if I'm exposed to the coronavirus. Judge Jackson, I'm a sixty year old black male who has been incarcerate here in East Baton Rouge Parish Prison since Dec. 9, 2018, on some felony theft charges, that I'm unable to make bond on. While I'm not proud of my past, I am a life long drug abuser, and it has finally taken its toll on my body, causing me to have half of a right foot, diabetes, high blood, along with conjestive heart failure. Sir I have had four open heart surgeries this past year, with my last surgery being Jan 2020 to remove some wires that had been causing me to have infections in the wound where my chest had been opened. I flatlined twice on April 15th 2019 because fluid had flooded my heart, and I'm in a wheel chair most of the time because of fluid in my legs.

Judge Jackson, East Baton Rouge Parish Prison is really no different from the conditions at Rayburn Correctional, because I live in the infirmary, and there has been three inmates that lived in here with me that tested positive for the coronavirus, only to be moved to another living section accross that hall that they are keeping other inmates who has tested positive. Sir it is true that I have broken the law, but I'm a nonviolent offender, and I don't have any charges that would expose me to a death sentence,

so I ask you sir, why is the system putting my life on the line for some nonviolent offenses? Sir I'm aware that you're a very busy person, and I have nothing but the utmost respect for your concerns, but while I know that there are people under you to handle matters such as mine, I don't know who it is because I don't even have a decent public defender, so I really don't know who to go to for help. Judge Jackson, I want to thank you in advance for your time, and consideration in this very important matter, while hoping there is something you can do to help me in my present situation.

Sincerely
Clifton Billiough.

Mr. Clifton Belton Jr.
E.B.R.P.P.
2867 Brig. Gen. Issac Smith
Baton Rouge, LA. 70807

SCREENED OK U.S. MARSHAL

U.S. District Judge Brian Jackson
United State Middle Dist, CT
777 Florida St.
P.O. Box 2630
Baton Rouge, LA. 70821