EXHIBIT LIST

| 1 | EBRPP COVID-19 Statistics (May 14, 2020) |
|---|---|
| 2 | E-mail from Darryl Gissel to Jennifer Harding (Apr. 1, 2020) |
| 3 | Ctrs. for Disease Control & Prevention, *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities* 2 (Mar. 23, 2020), https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidancecorrectional-detention.html. |
| 4 | Declaration of Dr. Adam Lauring, *Russell v. Wayne Cty.*, No. 20-cv-11094 (E.D. Mich. May 4, 2020), ECF No. 1-15 |
| 5 | Declaration of Dr. Carlos Franco-Paredes , *Cameron v. Bouchard*, No. 2:20-cv-10949 (E.D. Mich. Apr. 30, 2020), ECF No. 42 |
| 6 | Declaration of Mark Stern, *Dawson v. Asher*, Case No. 2:20-cv-00409-JLR-MAT (D. Or. Filed March 16, 2020), ECF No. 6 |
| 7 | Declaration of Dr. Jaimie Meyer, *Velesaca v. Wolf*, No. 1:20-cv-01803-AKH (S.D.N.Y. Mar. 16, 2020), ECF No. 42 |
| 8 | Declaration of Elizabeth Y. Chiao ¶ 28, *Russell v. Harris Cty.*, No. 4:19-cv-00226 (S.D. Tex. Mar. 27, 2020), ECF No. 32-2 |
| 9 | Declaration of Dr. Fred Rottnek |
| 10 | Expert Declaration of Dr. Amir Moheb Mohareb, *Mays v. Thomas*, No. 20-cv-2134 (N.D. Ill. Apr. 19, 2020), ECF No. 64-3 |
| 11 | Declaration of Dr. Jonathan Louis Golob, *Dawson v. Asher*, Case No. 2:20-cv-00409-JLR-MAT (D. Or. Filed March 16, 2020), ECF No. 5 |
| 12 | Declaration of Dr. Ranit Mishori, *Coreas v. Bounds*, No. 8:20-cv-00780 (D. Md., filed Mar. 24, 2020), ECF No. 2-3 |
| 13 | Declaration of Robert B. Greifinger, *Dawson v. Asher*, Case No. 2:20-cv-00409-JLR-MAT (D. Or., filed Mar. 16, 2020), ECF No. 4 |
| 14 | Mayor Broome West's Comments (filed in traditional manner) |
| 15 | LA Sup. Ct. Letter (Apr. 2, 2020). |
| 16 | LDH Office of Public Health Guidance (Apr. 8, 2020) |
| 17 | (Video File) City of Baton Rouge/Parish of East Baton Rouge, Jan. 14, 2015 Metro. Council Mtg., Items 13P and Q Part 1 (filed in traditional manner) |
| 18 | (Video File) City of Baton Rouge/Parish of East Baton Rouge, Aug. 26, 2015 Metro. Council Mtg. 28:10, Item 9 Part I and II (filed in traditional manner) |
| 19 | Health Mgm't Assocs. Final PowerPoint |
| 20 | Health Mgm't Assocs. Draft PowerPoint |
| 21 | CorrectHealth Contract |
| 22 | Expert Report of Dr. Jeffrey Schwartz, *Zavala v. City of Baton Rouge/Parish of E. Baton Rouge*, No. 17-cv-656-JWD-EWD (M.D. La. 2018), ECF No. 172-1 |
| 23 | East Baton Rouge Parish Prison Reform Coalition, *You Can't Manage Health Care from a Jail: A Community-Driven Public Health Approach to COVID-19 at the East Baton Rouge Parish Prison* (Apr. 2020) |
| 24 | Ltr. from La. Stop Solitary Coalition to Members of the Prison Subcommittee of the Governor's Healthcare Equity Task Force re: Alternatives to Solitary and Camp J During COVID-19 (May 18, 2020) |

| 25 | E-mail from Rev. Alexis Anderson to Darryl Gissel (Apr. 25, 2020) |
|----|---|
| 26 | (Video File) City of Baton Rouge/Parish of East Baton Rouge, Feb. 25, 2015 Metro. Council Mtg. 00:23, Item 13 Part I (filed in traditional manner) |
| 27 | Declaration of Dr. Susan Hassig |