# EXHIBIT 1

## EBRPP Covid-19 Statistics

5/14/2020

**Total Number of patients tested at EBRPP**
| | |
|---|---|
| Initial Positive | 93 |
| Initial Negative | 59 |
| **Total** | **152** |
| | |
| Repeat Positive | 14 |
| Repeat Negative | 33 |
| **Total** | **47** |

**Location of Patients Covid-19 +**
| | |
|---|---|
| EBRPP Now + | 21 |
| OLOL | 0 |
| Hunt | 1 |
| Angola | 13 |
| Released | 23 |
| **Total** | **58 (35 still po** |

**Total Number of Test Performed**
| | |
|---|---|
| Initial Total | 152 |
| Repeat Total | 47 |
| **Total** | **199** |