# EXHIBIT 2

---------- Forwarded message ---------
From: **Darryl Gissel** <DGISSEL@brla.gov>
Date: Wed, Apr 1, 2020 at 6:11 PM
Subject: FW: Prison Issues
To: jenniferharding@vote-nola.org <jenniferharding@vote-nola.org>
CC: Sherie Phillips Thomas <info@lahealthcareinstitute.com>


Jennifer,

The Mayor held a conference call on March 25th with representatives from the East Baton Rouge Parish Prison Reform Coalition, the Warden's Office, the Sheriff's Office, The Health Director for the Prison, the District Attorney and the Public Defender's Office to review procedures in place to address the COVID-19 Pandemic. Sherie Thomas with the Coalition is going to reach out to you to review her notes from the conference call. The Mayor requested the call be set up so that the advocate groups received knowledge of the health care protocols in addition to efforts to reduce the population. We will work on expanding the communications.


I will do my best to respond based on my notes from the call. I have attached 6 pages of notes from my call file. Feel free to reach out to me with any questions/concerns by phone/text, 225/252-0779 or 225/955-5116 or email . As you will see below the protocols are fluid based on the changes in guideliens and situational issues.

1. The warden, his staff and prison medical are all operating under the guidelines set by DOC, the CDC and LHD. These guidelines are being monitored and update as changes are issued. I have attached my notes from the conference call which outline the procedures that were in place on March 25 and are still in place. Inmates showing symptoms are sent for testing following the community guidelines. It should be noted that testing is only being done throughout Baton Rouge if symptoms indicate the need for testing which include fever of 100.4 or more, shortness of breath / respiratory issue. Correct Health's protocols have been reviewed by an outside party, Dr Godbee, who is the medical director for our Emergency Medical Service (EMS). In addition Dr O'Neal the Chief Medical Officer and Infection Prevention Specialist with OLOL is working with the prison team on mitigation efforts . They are making on going changes to their protocols. …just got notice of some testing changes which include 24 hr turnaround on testing kits.

2. Any tested persons testing positive and sick with severe respiratory problems are being sent to the Lady of Lake Hospital . Any person that test positive but not having respiratory issues are going to Angola for housing and medical treatment in their COVID response unit. (Some persons test positive with little or no issues.)

3. These plans are included in the notes attached. The prison has been on lock down… see timeline attached. We have now have two confirmed cases. Both cases appeared after persons were sent to OLOL for treatment for non COVID -19 related issues. A press release on the first case is attached. This has required sections of the facility be placed on quarantine. Medical checks are being done twice daily including twice daily temperature checks. In addition Medical call is available 24 hrs a day. Contingency plans are in place should a large scale outbreak occur. The individuals who have tested positive are in medical units outside of the prison.

4. We are working with the prison daily to make certain that they have needed PPE for their staff.

5. Due to the prison lockdown individuals are allowed 2 free phone calls per week in addition to their regular calls during this period so they can stay in touch with family. The Public Defender's Hotline does provide information for family members, etc. They are coordinating this to give information including medical. In addition the warden's office does notify family members if their loved ones tests positive and also if they are moved for care. The warden also responds to family inquires. I will be working with Casey Hicks in the Sheriff's Office to have them highlight the Public Defenders hotline on their website.

*Darryl Gissel*

Chief Administrative Officer

Office of the Mayor-President

[222 St. Louis Street, 3rd Floor](#)

Baton Rouge, La 70802

(225) 389-5103


--
Sherie Phillips Thomas
President



*(225) 400-9449-Office*
*(225) 362-0433-Mobile*
*(844) 442-6346-Toll Free*
*(225) 258-7466-Fax*

## MAYOR BROOME'S COMMENTS

## March 25, 2020

Every person who comes into the jail is screened for symptoms of COVID-19. If they have symptoms, they are sent to area hospital for further evaluation. It is critical to us that anyone with symptoms is isolated from the rest of the people in the jail. We are doing what we can to protect our vulnerable citizens both inside and outside the parish prison

Also, as you will hear from Sheriff Gautreaux, law enforcement in East Baton Rouge Parish is taking steps to reduce the number of people housed at the jail. For certain crimes they are issuing summons rather than making arrests.

We have put these protocols in place to protect our citizens. Most people in the parish prison have not been convicted and our innocent until proven guilty. We have a duty to look out for their well-being.

**Darryl Gissel**

**From:** Darryl Gissel
**Sent:** Wednesday, March 25, 2020 1:15 PM
**To:** Phillis Ragusa
**Subject:** 3PM Call
**Attachments:** Prison Call.docx

The Sheriff, Warden and Assistant Warden at the prison have instituted many procedures and protocols during the crisis including restricted movement inside prison except for recreation, feeding, medical and legal reasons; suspension of family, volunteer and tour visitation; following CDC guidelines; repeated disinfecting of all prison areas; cleaning of equipment and the facility; washing of hands by all in prison; wearing of gloves by both staff and inmate workers; limited outside contact and recent suspension of all on site, non-contact visitation by officials, legal and bondsman except by non-contact for those approved by Warden; all off site trips that are non-emergency terminated; 2-10 minute free phone calls for inmates per week based on the prison lock down; inmates provided info on COVID 19. Screening checklist and temperature taking implemented at all perimeter gates and central booking; continued daily communications with DA, POD and courts; video capabilities tested and used for both legal and medical off-site providers; no surrender by bondsman; daily meetings and briefings with all supervisory staff, Sheriff and participating on DOC/LA Sheriff's Association conference calls; reviewing daily prison count; monitoring temperatures of all newly received inmates housed in isolation from the General Population until deemed safe to do so; special housing unit opened for mental health prisoners separate from others but allows for open living environment to combat depression while offering social living skills.

*Darryl Gissel*
Chief Administrative Officer
Office of the Mayor-President
222 St. Louis Street, 3rd Floor
Baton Rouge, La 70802
(225) 389-5103

**WARDENS COVID -19 TIMELINE**

| Date | Action Taken |
|---|---|
| Wednesday, March 11, 2020 | 1. All User Email from Sheriff sent -- provided educational information to employees on CDC recommendations for their personal protection, resources to protect their families and EBRSO next steps |
| Thursday, March 12, 2020 | Warden instructs all to frequently disinfect all areas. |
| Friday, March 13, 2020 | Suspension of Visitation, Volunteer Programs and Tours of the Parish Prison. |
| | All official, legal, medical and bondsmen limited to non-contact. |
| | All off-site, non-emergent trips discontinued. |
| | Case by case basis consideration and approval must be given by Warden for all trips by Transportation Dept. |
| | Free calls provided to inmates, information regarding COVID 19 provided to inmates |
| | Screening Checklist for Coronavirus implemented at all Perimeter Gates and Central Booking Sally Port. |
| Monday, March 16, 2020 | Continued communication with Courts regarding present inmate population, charges, bonds, medical considerations. |
| Tuesday, March 17, 2020 | Courtroom Security and Transportation send officers to assist Shift at Parish Prison with taking inmates out to Recreation. |
| | Tested video court capability with 19th JDC |
| Wednesday, March 18, 2020 | Suspension of all on site, non-contact visitation of off-site official, legal, and medical persons. All business and evaluations are done by videoconferencing and/or telemedicine equipment. |
| | No Surrenders of Bondsmen are being accepted. |
| | Established protocol for incoming inmates to monitor them for 2 days in Central Booking, then 3 days at J1 (males) and S04 (females) before approving for assignment into the population. |
| Thursday, March 19, 2020 | Established protocol for inmates to call attorneys from their dorms. |
| | Two tents erected at Parish Prison for the possible use in decontamination of any living areas. |
| Friday, March 20, 2020 | Tour of Downtown Jail by Major and Captains to gather supply list if the event of the need to open the facility. |
| | Met with Medical Staff of Parish Prison and Work Release Facility to Update them on the latest news from the Dept. of Corrections. |
| | Met with all Supervisors to update them on news from the Sheriff. |

## CORRECT HEALTH

- EBRPP is in contact with the LDH regarding ALL infectious disease at the EBRPP.
- Reentry efforts are started as soon as the individual has been identified as having a need. We work with Capital Area and several other agencies to provide timely and adequate discharge plans.
- Use of multi-language monitors are throughout the housing facilities. We use the guidelines from the LDH and the CDC to inform and educate the inmates.
- Warden Grimes and the Health Administrator are answering calls daily from family members concerned about their loved one.
- Intake screening is down greater than 60% from last month. All incoming offenders as well as the officers are screened outside the jail. New intakes are isolated form the general population for 14 days. They are monitored daily for symptoms.
- Inmates on lock down are seen twice daily by medical and every 15 minutes by corrections.
- ERBPP is reporting to the LDH and the DOC all suspected cases of Covid 19. In conjunction with these departments, we have a plan in place to test those individuals. Those departments are notified prior to release of anyone suspected of having the virus.
- All transportation and movement is being heavily scrutinized by corrections and the healthcare staff.
- All copays for medical services have been suspended.
- EBRPP will share information with any healthcare agency provided it complies with HIPPA Guidelines.
- Correcthealth has reached out to Dr. Dan Godbee, Director of EMS to coordinate services.

**Darryl Gissel**

| | |
|---|---|
| **From:** | Casey Rayborn Hicks <CRHicks@EBRSO.ORG> |
| **Sent:** | Monday, March 30, 2020 7:44 PM |
| **To:** | Darryl Gissel; Sharon Weston Broome |
| **Subject:** | EBR Prison Inmate Overdoses and Later Tests Positive for Coronavirus- Wing of Prison Quarantined |

*****EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.*****



## SHERIFF
**East Baton Rouge Parish**
Post Office Box 3277
Baton Rouge, Louisiana

## East Baton Rouge Sheriff's Office News Advisory

**FOR IMMEDIATE RELEASE:** March 30, 2020

### EBR Sheriff Prison Inmate Taken to the Hospital for Drug Overdose
### Tests Positive for COVID-19
### Prison Section Quarantined and Monitored

An EBR Parish Prison inmate was taken to the hospital late Saturday afternoon after a suspected drug overdose. Prison medical began immediately performing CPR on the inmate and administered Narcan before EMS transported him to the hospital. After admission, hospital staff administered a COVID-19 test in an abundance of caution. Prison administration was notified that the inmate tested positive at approximately 11:25 last night.

Prison administration immediately began CDC quarantine protocol for both the line the inmate was placed on and the adjoining line. Ninety-four inmates on the two lines are currently quarantined in an abundance of caution. The prison staff brings all food and commissary to the quarantined inmates. They also have access to phones and have been given additional free phone calls. They continue to have daily recreation time within their quarantined area. They are also practicing the 6-feet social distancing recommendation. As per CDC protocol, medical staff is taking all of the inmates' temperature twice a day. At this time, no inmates have a fever or are presenting symptoms of the virus.

The entire prison is following CDC sanitation procedures and all inmates have been provided additional cleaning and hygiene products and have access to information from staff, pamphlets and instructional videos (in Spanish and English). All medical and prescription fees have been waived

1

during this pandemic. The EBR Public Defender's office has a hotline setup for concerned family members: (225) 389-3150 extension: 159 or email: admin@opdbr.org
In addition to giving inmates extra free phone calls to family the warden has made all calls to legal counsel free.

Since the declaration of this emergency related to the spread of COVID-19 anyone entering the prison facility is medically screened and has their temperature taken before entry.

### 

**Casey Rayborn Hicks, M.M.C.**
**Public Information Director**
**East Baton Rouge Sheriff's Office**
www.ebrso.org
(225) 389-5091




This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the East Baton Rouge Sheriff's Office. Finally, the recipient should check this email and any attachments for the presence of viruses. East Baton Rouge Sheriff's Office accepts no liability for any damage caused by any virus transmitted by this email.

East Baton Rouge Sheriff's Office, Post Office Box 3277 - Baton Rouge, Louisiana 70821
webmaster@ebrso.org