# EXHIBIT 25

**From:** Rev. Anderson <preachisliteracy@hotmail.com>
**Sent:** Saturday, April 25, 2020 1:00 PM
**To:** Darryl Gissel
**Subject:** Re: Refusal of donation of N-95 Masks

Dear Darryl:

Thank you for your speedy response. We firmly believe the N-95 masks are more appropriate for individuals who don't have the ability to socially distance themselves in an active Coronavirus hot zone. There is no organization better able to speak factually to the risk than those who have experienced it.

We firmly believe the donation will go towards saving lives. We are increasing concerned with the parish's continued lack of a sense of urgency regarding the containment protocols.

East Baton Rouge Parish Prison continues to increase in positive test results and yet no commitment to baseline testing. Orleans Parish Prison is doing baseline testing because they know the projectory is going up.

We are asking the parish to please stop treating this facility as business as usual.
We can save lives if we move aggressively towards understanding the actual risk rather than waiting for what is already happening in every jail and prison in the country.

This is not a public safety crisis this is a public health crisis. Please treat it like the house is on fire because it is and our friends and loved ones including deputies and vendors are in that house.

Rev. Alexis Anderson
Executive Director
PREACH
Member
East Baton Rouge Parish Prison Reform Coalition

---

**From:** Darryl Gissel <DGISSEL@brla.gov>
**Sent:** Saturday, April 25, 2020 11:30 AM
**To:** Rev. Anderson <preachisliteracy@hotmail.com>
**Subject:** Re: Refusal of donation of N-95 Masks

We did deliver 1,500 cloth mask which are washable
 to the prison. I will follow up on this for response


Sent from my iPhone


On Apr 24, 2020, at 10:48 PM, Rev. Anderson <preachisliteracy@hotmail.com> wrote:

1

*****EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.*****

Dear Darryl:

We were truly disheartened to learn that VOTE's generous and sorely needed donation of N-95 masks for the use of those housed in the East Baton Rouge Parish Prison was declined.

Given the fact that the masks will provide some degree of safety in a facility where those housed don't have the ability to social distance and where currently only those who are quarantined, receive any protection, is extremely troubling.

Public health should trump all other concerns. The Department of Corrections is able to accept a donation so it appears that public safety and security are not the issue. The Coalition is requesting that the parish would investigate this issue.

Our loved ones who are currently housed in the jail are primarily pre-trial and all are human beings worthy of having their public safety and health protected. We believe this donation is a win for everyone.

As the jail continues to be a Coronavirus hot spot whose positive tests continue to increase daily, the no cost opportunity to embrace CDC and LDH guidance would seem to be a win for all.

As we continue to await the results of the Shaheed Claiborne investigation and look forward to resolution of this pandemic we believe insuring that proper protective gear is provided is most imperative during this season.

We look forward to the Mayor's response.

Respectfully submitted,

Rev. Alexis Anderson
Executive Director
PREACH
Member
East Baton Rouge Parish Prison Reform Coalition

**From:** Darryl Gissel <DGISSEL@brla.gov>
**Sent:** Thursday, April 16, 2020 11:30 AM
**To:** Chris Csonka <ccsonka@ebrcjcc.org>
**Cc:** Sherie Phillips Thomas <info@lahealthcareinstitute.com>; Rev. Anderson <preachisliteracy@hotmail.com>
**Subject:** Report on Health Care

Please send out to committee members

*Darryl Gissel*
Chief Administrative Officer

Office of the Mayor-President
222 St. Louis Street, 3rd Floor
Baton Rouge, La 70802
(225) 389-5103