# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CLIFTON BELTON, JR., JERRY BRADLEY, CEDRICK FRANKLIN, CHRISTOPHER ROGERS, JOSEPH WILLIAMS, WILLIE SHEPHERD, DEVONTE STEWART, CEDRIC SPEARS, DEMOND HARRIS, and FORREST HARDY, individually and on behalf of all others similarly situated.<br><br>        Plaintiffs,<br><br>v.<br><br>SHERIFF SID GAUTREAUX, in his official capacity as Sheriff of East Baton Rouge, LT. COL. DENNIS GRIMES, in his official capacity as Warden of East Baton Rouge Parish Prison; CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE,<br><br>        Defendants. | Case No. 3:20-cv-000278-BAJ-SDJ |

## MOTION FOR STATUS CONFERENCE

**NOW INTO COURT**, through undersigned Counsel, appearing herein for the purpose of the present Motion, come the defendants, SID J. GAUTREAUX, III, SHERIFF OF EAST BATON ROUGE PARISH in his official capacity and LT. COL. DENNIS GRIMES, in is official capacity (hereinafter collectively referred to as "Sheriff Defendants"), who respectfully request this Honorable Court schedule a status conference in this matter to discuss the testimony that will be presented at the hearing scheduled for Wednesday, June 8, 2020.

**WHEREFORE** Sheriff Defendants pray that a status conference be scheduled at the Court's earliest convenience.

Respectfully submitted:

**ERLINGSON BANKS, PLLC**

*s/Catherine S. St. Pierre*
MARY G. ERLINGSON (#19562)
CATHERINE S. ST. PIERRE (#18419)
RACHEL M. ABADIE (#34413)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
cstpierre@erlingsonbanks.com
*Counsel for Sheriff Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June, 2020, a true and correct copy of the foregoing *Motion for Status Conference* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system and/or via U.S. Postal Service to counsel of record.

Baton Rouge, Louisiana, this 8th day of June, 2020.

*s/Catherine S. St Pierre*
Catherine S. St. Pierre