EXHIBIT LIST

| | |
|---|---|
| Exhibit 1 | Supplemental Declaration |
| Exhibit A | Beds in L1 |
| Exhibit B | Mop & Broom in Tr |
| Exhibit C | Phones on B3 |
| Exhibit D | Cell on C01 |
| Exhibit E | Rusted Door on N1 |
| Exhibit F | Bedroom in F3 |
| Exhibit G | Day Room in F lines |
| Exhibit H | Day Room in E or F lines |
| Exhibit I | Large Tank in Booking 1 |
| Exhibit J | Women's Cell in Booking |
| Exhibit K | Shower on C01 |
| Exhibit L | Shower on A1 |
| Exhibit M | Toilet |
| Exhibit N | Bathroom in Q Bldg, no |
| Exhibit O | 9-10 |
| Exhibit P | Bags on Vent on Q3-4 |