<␀>
<␀>

