**PLAINTIFFS' EXHIBIT LIST**

| Exhibit Number | Exhibit Name |
| --- | --- |
| 1 | Declaration of Dr. Susan Hassig |
| 2 | Declaration of Travis Day |
| 3 | Declaration of Ransom J. Parker |
| 4 | Declaration of Demaris Carter |
| 5 | Supplemental Declaration of Devonte Stewart |
| 6 | Supplemental Declaration of Derick Mancuso |
| 7 | Declaration of Casey Wade Harris |
| 8 | Declaration of Alvin Banks |
| 9 | Declaration of Jocquenee Bernard |
| 10 | Declaration of John Leagard |
| 11 | Declaration of Billy Pettice |
| 12 | Declaration of Fred Rottnek |
| 13 | Declaration of Calvin Kemp |
| 14 | Declaration of Jimmie Knoten |