UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLIFTON BELTON, JR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **SHERIFF SID GAUTREAUX, IN HIS OFFICIAL CAPACITY AS SHERIFF OF EAST BATON ROUGE, ET AL.** | **NO. 20-00278-BAJ-SDJ** |

## FINAL JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, and DECREED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 4th day of February, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**